UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>    v.<br><br>KUSH KHARBANDA, et al.,<br><br>    Defendants. | Case No. 20-cv-04226-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the June 29, 2020 scheduling order in this case, the parties were to meet for a joint inspection of the premises within 60 days of service of the complaint and, if unable to settle, file a notice of need for mediation within 42 days of the inspection. ECF No. 6. However, as there was no indication the parties conducted a site inspection within this timeframe and Plaintiff had not filed a request for mediation, the Court ordered the parties to file a joint status report by November 17, 2020. ECF No. 18. No response has been received. Accordingly, the Court **ORDERS** Plaintiff Meryl Pomponio to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 2, 2020. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on December 16, 2020 at 10:00 a.m. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 18, 2020

THOMAS S. HIXSON
United States Magistrate Judge